# United States Court of Appeals
## For the First Circuit

No. 22-1859

RAFAEL ITHIER; EGC CORP., a/k/a El Gran Combo,

Plaintiffs - Appellees,

V.

CARLOS JUAN APONTE CRUZ, a/k/a Charlie Aponte,

Defendant - Appellant,

JANE DOE; ABC INSURANCE COMPANY; COMPANY XYZ; RICHARD DOE; MARY ROE; CONJUGAL PARTNERSHIP APONTE-DOE; CONJUGAL PARTNERSHIP DOE-ROE,

Defendants.

## CALENDARING NOTICE

Issued: January 24, 2024

This case is presently scheduled to be called for oral argument on **Monday, March 4, 2024 at 9:30 a.m. in in the José V. Toledo United States Courthouse in San Juan, PR**. There will be no continuance except for grave cause.

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the [Designation Form](#) available on the court's website at [www.ca1.uscourts.gov](http://www.ca1.uscourts.gov). If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.**

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact

counsel about dividing the argument time. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

                                              By the Court:

                                              Maria R. Hamilton, Clerk

cc:
Matthew S. Hellman
Jose A. Hernandez-Mayoral
Patricia Rivera MacMurray
Roberto Sueiro-Del Valle