# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 22-1859

Case Name: Rafael Ithier; EGC Corp. a/k/a El Gran Combo v Juan Carlos Aponte Cruz

Date of Argument: March 4, 20244

Location of Argument: ☐ Boston  ☑ Puerto Rico  ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Rafael Ithier; EGC Corp

Attorney Name: Roberto Sueiro          First Circuit Bar No.: 6732

Phone Number: 787512-0054              Fax Number: N/A

Email: rsdv@me.com

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____                    Jan. 29, 2024
(Signature)                              (Date)